IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDIDA PALEGA, on behalf of herself and on behalf of all others similarly situated,

Plaintiff,

v.

THE PROPERTY SCIENCES GROUP INCORPORATED,

Defendant.

No. C 17-00855 WHA

**ORDER DENYING APPEARANCE BY TELEPHONE**

The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone and, therefore, the Court must **DENY** defendant's request. Local counsel may nevertheless appear without lead counsel, provided that local counsel is prepared to discuss and set dates according to lead counsel's schedule.

**IT IS SO ORDERED.**

Dated: May 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE