IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDIDA PALEGA, on behalf of herself and on behalf of all others similarly situated,

    Plaintiff,

v.

THE PROPERTY SCIENCES GROUP INCORPORATED,

    Defendant.

No. C 17-00855 WHA

**ORDER RE STIPULATION TO CONTINUE DEADLINE FOR CLASS CERTIFICATION MOTION**

The Court is in receipt of the parties' stipulated request for a continuance of the class certification deadline. Counsel shall please explain how many depositions have been taken to date, when those depositions were taken, and whether the parties have otherwise been diligent in taking discovery. The parties **SHALL SUBMIT** a response by **5:00 P.M. TODAY**.

**IT IS SO ORDERED.**

Dated: September 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE