IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CANDIDA PALEGA, on behalf of herself and
on behalf of all others similarly situated,

       Plaintiff,

  v.

THE PROPERTY SCIENCES GROUP
INCORPORATED,

       Defendant.

_____/

No. C 17-00855 WHA

**ORDER GRANTING
CONTINUANCE OF CLASS
CERTIFICATION BRIEFING
SCHEDULE AS MODIFIED**

      The parties jointly request a continuance of the class certification briefing schedule. Their continuance is granted as modified. The motion for class certification must be filed by no later than **DECEMBER 28, 2017** to be heard on a 49-day track. No further extensions will be granted. The Court is disappointed at the slow progress of discovery to date.

      **IT IS SO ORDERED.**

Dated:   September 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE