IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDA PALEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE PROPERTY SCIENCES GROUP,<br>INCORPORATED,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C 17-00855 WHA<br><br>**ORDER RE NOTICE OF<br>SETTLEMENT** |

　　　The Court thanks the parties for their notice of settlement. Pursuant to the parties' stipulation, plaintiff's motion for an order to show cause is **DENIED AS MOOT**. Please note that all other deadlines and hearings remain active and in place until a dismissal is filed. The parties may file a motion for preliminary approval of the settlement on or before June 17, and may notice the motion for any Thursday at 8:00 a.m.

　　　**IT IS SO ORDERED.**

Dated: May 23, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE