CAFFARELLI & ASSOCIATES LTD.
Lorrie T. Peeters (CA Bar No. 276367)
10265 Beardon Dr.
Cupertino, CA 95014
Phone: (408) 216-0599; Fax: (312) 577-0720
Email: lpeeters@caffarelli.com

*Local Counsel for Plaintiff*

KENNEDY HODGES, LLP
Galvin Kennedy (TX Bar No. 00796870) (Admitted *pro hac vice*)
Don Foty (TX Bar No. 24050022) (Admitted *pro hac vice*)
4409 Montrose Blvd, Suite 200
Houston, Texas 77006
Phone: (713) 523-0001; Fax: (713) 523-1116
Email: gkennedy@kennedyhodges.com
          dfoty@kennedyhodges.com

*Counsel for Plaintiff*

MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP
John M. Cowden (State Bar No. 224963) (jmc@manningllp.com)
Jordon R. Ferguson (State Bar No. 276578) (jrf@manningllp.com)
19800 MacArthur Blvd., Ste. 900
Irvine, California 92612
Phone: (949) 440-6690; Fax: (949) 440-6691

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDIDA PALEGA,** | Case Number: 3:17-cv-00855-WHA |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE UNDER RULE 41(A)(1) |
| **THE PROPERTY SCIENCES GROUP, INCORPORATED** | |
| Defendant. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement between all Parties, Plaintiff Candida Palega and Defendant The Property Sciences Group, Incorporated ("Plaintiff and Defendant collectively referred to as the "Parties"), by and through their respective undersigned attorneys, hereby submit the following Stipulation of Dismissal With Prejudice Under Rule 41(A)(1).

WHEREFORE, the Parties hereby request this Honorable Court to enter an order dismissing the above matter with prejudice, including all claims, counterclaims and causes of action and for such other and further relief as the Court may deem appropriate.

DATED: September 20, 2018  Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: /s/ Galvin B. Kennedy
Galvin B. Kennedy (admitted *pro hac vice*)
gkennedy@kennedyhodges.com
Texas State Bar No. 00796870
4409 Montrose Blvd., Suite 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

LEAD ATTORNEY FOR PLAINTIFF

MANNING & KASS, ELLROD,
RAMIREZ, TRESTER, L.L.P.

By: /s/ Jordon R. Ferguson
Jordon R. Ferguson
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on September 20, 2018 I filed this document on the Northern District of California CM/ECF system which will serve a true copy on all parties of record via electronic mail.

1
2
          */s/ Galvin B. Kennedy*
          Galvin B. Kennedy

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, it is ordered that the Candida Palega's claims against Defendants and all counterclaims and causes of action are dismissed with prejudice.

IT IS SO ORDERED.

Dated:  September 24          , 2018

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE